The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD H. CATS,<br><br>    Plaintiff,<br><br>  vs.<br><br>NEXTALARM.COM., INC. and H. ALEXANDER ELLIOT,<br><br>    Defendants. | NO. 2:08-cv-01096 RSM<br><br>ORDER OF DISMISSAL |

**ORDER**

The parties to this action have stipulated to the dismissal of all claims in this matter, with prejudice and without costs. The Court, being thoroughly advised in the premises, hereby orders that the foregoing stipulation is approved in its entirety and its terms and conditions are incorporated in this order by reference as if set out at length herein and that the Order on Plaintiff Ronald Cats Motion to Compel [dkt # 30] is vacated.

DONE IN OPEN COURT this 19 day of January, 2010.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue

1
2
3
4  Presented By:
5
6
7  **GARVEY SCHUBERT BARER**  **MCDOUGALD & COHEN P.S.**
8
9  /s/David H. Smith  /s/Shannon L. McDougald
   David H. Smith, WSBA #10721  Shannon L. McDougald, WSBA #24231
   John B. Crosetto, WSBA #36667  C. N. Coby Cohen, WSBA #30034
10 Attorneys for Defendants  Attorneys for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue